IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BEVERLY GRADY                                           PLAINTIFF

VS.                    CASE NO. 3:06CV00195 HLJ

MICHAEL J ASTRUE
Commissioner, Social
Security Administration                                 DEFENDANT

### ORDER

The Plaintiff, through counsel, has filed a motion to extend the time to file a brief, or otherwise move (DE #8). For good cause shown, the motion is granted. The time is extended to, and including, May 18, 2007.

SO ORDERED this 13th day of April, 2007.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE