IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BEVERLY CAROL GRADY                                            PLAINTIFF

VS.                    CASE NO. 3:06CV00195 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 14th day of March, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE